# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2353
_____

United States of America

*Plaintiff - Appellee*

v.

Carmelo Reyes

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern

_____

Submitted: January 17, 2025
Filed: January 24, 2025
[Unpublished]

_____

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Carmelo Reyes appeals the district court's[1] denial of a sentence reduction under 18 U.S.C. § 3582(c)(2). His counsel has filed a motion to withdraw, and has filed a brief challenging the denial.

Upon careful review, we conclude that the district court did not err in determining that Reyes was ineligible for a sentence reduction. See United States v. Tollefson, 853 F.3d 481, 485 (8th Cir. 2017) (defendant's eligibility for § 3582(c)(2) sentence reduction is reviewed de novo).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____

[1]The Honorable Stephen H. Locher, United States District Judge for the Southern District of Iowa.